IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 1:20-cv-403 (Judge Kocoras)

REPUBLIC TECHNOLOGIES (NA), LLC,
and SREAM, INC.,

        Plaintiffs,

v.

JAMES SALAMIE d/b/a SIGHT AND SOUND and JAMES SALAMIE,

        Defendants.

_____/

**NOTICE OF WITHDRAWAL
MOTION FOR ENTRY OF
<u>DEFAULT PURSUANT TO RULE 55(A)</u>**

Plaintiffs, REPUBLIC TECHNOLOGIES (NA), LLC, and SREAM, INC., by and through their attorney, CHRISTOPHER V. LANGONE, files this Notice of Withdrawal of the request for entry of default pursuant to Rule 55(a) against Defendant, JAMES SALAMIE d/b/a SIGHT AND SOUND and JAMES SALAMIE. In support thereof they state:

1. The motion was filed in error, since the last status, counsel for Plaintiffs was contacted by an attorney for Defendants and are actively discussing settlement.

        Respectfully Submitted,

        /s/ Christopher V. Langone

3033 N. Clark
Chicago, IL 60657
(312) 344-1945
langonelaw@gmail.com